IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ULYSSES ANTWAN HARRIS,<br><br>    Movant,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CRIMINAL CASE NO.<br>1:06-CR-100-JEC-GGB<br><br>CIVIL ACTION NO.<br>1:09-CV-2994-JEC<br><br>MOTION TO VACATE<br>28 U.S.C. § 2255 |

**ORDER**

This case is before the Court on the Magistrate Judge's Final Report and Recommendation [74] recommending denying movant's Motion to Vacate Sentence [68]. No objections to the Report and Recommendation [74] have been filed. The Court has reviewed the Final Report and Recommendation [74] on the merits and finds the magistrate judge's conclusions to be well-founded.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [74] **DENYING** movant's Motion to Vacate Sentence [74].

SO ORDERED this 11th day of OCTOBER, 2012.

                                        /s/ Julie E. Carnes
                                        JULIE E. CARNES
                                        CHIEF U.S. DISTRICT JUDGE